**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**    www.flsb.uscourts.gov

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ __3rd__ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __CHARLES R. RHODES__    JOINT DEBTOR: _____    CASE NO.: __15-22661 JKO__
Last Four Digits of SS# _____    Last Four Digits of SS# _____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $1,756.13 for months 1 to 20;
  B. $2,364.52 for months 21 to 55;
  C. $766.70 for months 56 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $4,000.00    TOTAL PAID $1,100.00
  Balance Due    $2,900.00    payable $120.00/month (Months 1 to 20)
                                                 Payable $250.00/month (Months 21 To 22)
  Attorney fees are broken down as $3,500.00 safe harbor and $500.00 for motion to modify

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. __WELLS FARGO HOME MTG__    Arrearage on Petition Date    $19,000.07
Address: POB 14591                Arrears Payment    $237.99/month    (Months 1 to 20)
              Des Moines IA 50306    Regular Payment    $1,338.42/month    (Months 1 to 20)
Account No: __0003986007__
                                                Arrears Payment    $171.15/month    (Months 21 to 22)
                                                Arrears Payment    $421.15/month    (Months 23 to 55)

                                                Regular Payment    $1,728.42/month    (Months 21 to 55)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                          Payable    $_____/month (Months ___ to ___) Regular Payment $_____
2. _____    Total Due $_____
                          Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $697.00/month (Months 56 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: . Debtor is paying Deutsche bank National Trust Company (serviced by Ocwen Loan Svcg, LLC)...poc #3, direct and not through the plan. Debtor shall provide yearly copies of her tax returns to the trustee no later than May 15th during the pendency of the Chapter 13 case. In the event Debtor's income or tax refunds increase, Debtor shall increase payments to the unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  __CHARLES R. RHODES__                                                    _____
Debtor                                                                                    Joint Debtor
Date: __MARCH 22 2017__                                              Date: _____

LF-31 (rev. 08/01/06)